Certificate Number: 05781-PAE-DE-037313433

Bankruptcy Case Number: 23-10333



05781-PAE-DE-037313433

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 2, 2023, at 5:36 o'clock PM PDT, Hannah Becker completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 2, 2023

By: /s/Allison M Geving

Name: Allison M Geving

Title: President