**IN THE UNITED STATES BANKRUPTCY COURT FOR**

EASTERN                    **DISTRICT OF** PENNSYLVANIA
          READING                    **DIVISION**

In re

HANNAH M BECKER

| | |
|---|---|
| | In Chapter 7 Proceeding |
| | Case No. 23-10333 |

Debtors.

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 2/5/2023 Docket Number 5 .

Dated: This 10 th day of July , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

MARK A CRONIN
Attorney

ROBERT W SEITZER
Chapter 7    Trustee

Dated:  This 10 th day of July , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257